JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH JOHNSON,<br><br>           Petitioner,<br><br>           v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>           Respondent. | Case No. CV 19-6488-DDP (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing the Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 11-21-2019

HONORABLE DEAN D. PREGERSON
United States District Judge